**U.S. COURT OF APPEALS RECEIVED CLERK — OCT 16 2025 — ATLANTA, GA**

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Latoya Shanah Moultrie vs. FYR SFR Borrower, Progress Residential and All others     Appeal No. 24-13837-H

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed. Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.** In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

FYR SFR Borrower, Matthew Franklin Totten, The Totten firm LLC, Progress Residential LLC, Judge Robert Leonard II, Mimi Scaljon Esq., Cobb County Sheriffs department and officers J Young Dodge #12030 Sheriff C. Dee's badge #18053 Sheriff Montgomery badge #18024 Cobb county District Attorney Sonya F Allen

Submitted by:
Signature: _____
Name: _____    Prisoner # (if applicable): _____
Address: _____
Telephone #: _____

PLEASE ENSURE DOCUMENT IS SIGNED

Rev.: 2/23

Latoya Shanah Moultrie
Date 12/2/2024
Plaintiff

Case # 241387H

FYR SFR Borrower LLC
And all others
Defendants

Clerk of Court
United States Court of Appeals for the
Eleventh Circuit

Motion to Appeal of Illegal Eviction with No Due Process

Case No.

Dear Honorable Clerk of Court,

I, Latoya Shanah Moultrie, the Appellant in the above-captioned case, hereby submit this Motion to Appeal the decision of the lower court regarding an illegal eviction with no due process. The details of the case are as follows:

1. The lower court superior Court of Cobb County state of Georgia issued a decision on April 8, 2024 that allowed for my eviction from the premises without due process of law. on December 22, 2024 The eviction was conducted in violation of my rights as a tenant and without proper legal justification.

2. The eviction was carried out in a manner that deprived me of my right to a fair hearing and the opportunity to present a defense. I was not provided with notice of the eviction proceedings, nor was I given the chance to be heard before being forcibly removed from the premises.

3. The lack of due process in the eviction proceedings violated my constitutional rights under the Fifth and Fourteenth Amendments to the United States Constitution, which guarantee due process of law and the right to be heard before being deprived of property.

4. I respectfully request that this Honorable Court review the decision of the lower court and overturn the ruling that allowed for the illegal eviction to take place.

5. I further request that the Court grant any necessary relief, including but not limited to a stay of execution, an injunction preventing further eviction proceedings, and any other appropriate remedies to rectify the violation of my rights.

6. I am prepared to present oral arguments before the Court in support of this appeal, if so requested.

Therefore, I respectfully request that this Motion to Appeal be granted and that the Court take necessary action to ensure that justice is served in this matter.

Thank you for your attention to this matter.

Sincerely,


Latoya Shanah Moultrie