# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

November 03, 2025

Latoya Shanah Moultrie
5026 HAWTHORNE CT UNIT B
SMYRNA, GA 30080

Appeal Number: 24-13837-H
Case Style: FYR SFR Borrower, et al v. Latoya Moultrie
District Court Docket No: 1:24-cv-03958-SEG

The enclosed order has been ENTERED.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers
General Information:    404-335-6100    Attorney Admissions:           404-335-6122
Case Administration:    404-335-6135    Capital Cases:                 404-335-6200
CM/ECF Help Desk:       404-335-6125    Cases Set for Oral Argument:   404-335-6141

MOT-2 Notice of Court Action