


UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 24-13837 -HH

FYR SFR Borrower, et al.,
Plaintiffs-Appellees,
v.
Latoya Shanah Moultrie,
Defendant-Appellant.

## MOTION TO REOPEN AND REINSTATE APPEAL

Appellant, Latoya Shanah Moultrie, respectfully moves this Court to reopen and reinstate the above-captioned appeal.

1. Timely Compliance With Briefing Schedule

Appellant filed her merits brief within the time permitted by the Court. At the time of filing, approximately seven (7) days remained in the briefing period.

Appellant complied in good faith with all known procedural requirements and believed the appeal remained pending for merits consideration.

2. Lack of Clear Notice of Termination

Appellant later received notice that certain motions were denied by order dated December 5, 2025. However:

- Appellant did not receive clear notice that the appeal itself had been dismissed prior to merits review.

- Appellant was not informed that her timely-filed brief would not be reviewed by a merits panel.

- Upon contacting clerk staff, Appellant was advised to file a motion to reopen the appeal.

As a pro se litigant, Appellant reasonably relied on the briefing schedule and believed the case was proceeding normally.

3. Good Cause Exists to Reopen

- The merits brief was timely.

- There was no willful failure to prosecute.

- No intentional procedural default occurred.

- The record reflects good faith participation.

Dismissal without merits review under these circumstances would work substantial injustice.

4. Interests of Justice

This appeal concerns federal claims and due process issues arising from district court proceedings. Appellant respectfully submits that the interests of justice favor allowing panel review of the timely submitted brief.

5. Relief Requested

WHEREFORE, Appellant respectfully requests that this Court:

1. Reopen and reinstate Appeal No. 24-13837;

2. Confirm that the timely-filed merits brief be submitted to a merits panel for review;

3. Alternatively, permit re-filing or supplementation if required; and

4. Grant such other relief as is just and proper.

Respectfully submitted,

Latoya Shanah Moultrie

Pro Se Appellant

Date: _____




UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Appeal No. 24-13837

**CERTIFICATE OF SERVICE**

I hereby certify that on this __4__ day of ___March___, 2026,

I served a true and correct copy of the foregoing Motion to Reopen

and Reinstate Appeal by depositing the same in the United States Mail,

with proper postage affixed, addressed to all counsel of record for

Plaintiffs-Appellees at their addresses listed on the docket.

I declare under penalty that the foregoing is true and correct.

Respectfully submitted,

Latoya Shariah Moultrie

Pro Se Appellant