24-13837 HH

RAIL

U.S. COURT OF APPEALS
RECEIVED
CLERK
AUG 20 2026
ATLANTA, GA

9057 SW 19th
Street miramar
FL 33025
Latoya Shanah Maltrie