**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 19, 2026

Latoya Shanah Moultrie
9057 SW 19TH ST
MIRAMAR, FL 30025

Appeal Number: 24-13837-HH
Case Style: FYR SFR Borrower, et al v. Latoya Moultrie
District Court Docket No: 1:24-cv-03958-SEG

**NO ACTION / DEFICIENCY NOTICE**

Notice that no action will be taken on Motion to reinstate appeal [10860188-2] filed by Appellant Latoya Shanah MoultrieParty Latoya Shanah Moultrie.
Reason(s) no action being taken on filing(s): The deficiencies that caused this case to be dismissed have not been remedied. The appendix attached to the motion is not compliant.

**No deadlines will be extended** as a result of your deficient filing. **If you refile a corrected document out of time (after its due date), it must be accompanied by an appropriate motion,** *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

**CORRECTIVE ACTION**

For motions for reconsideration or petitions for rehearing that are not permitted, no corrective action is required or permitted. Your filing will not be considered.

For mistaken filings, to have your document considered, **you must file the document in the correct court.**

For CIP deficiencies, you must file a CIP on the Court's docket, complete the web-based CIP, or both before or at the same time you refile your document.

For all other deficiencies, to have your document considered, you **must refile the entire document** after all the deficiencies identified above have been corrected and you **must include**

any required items identified above **along with** the refiled document. No action will be taken if you only provide the missing items without refiling your entire document.

In addition, **if the corrected document is refiled out of time (after its due date), it must be accompanied by an appropriate motion**, *i.e.,* a motion to file out of time, a motion to reinstate if the case has been dismissed, and/or a motion to recall the mandate if the mandate has issued.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |


Notice No Action Taken